IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18MC30

| | |
|---|---|
| JOHN R. NEAL and LEA ANNE NEAL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| SJEF JANSSEN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court on Plaintiffs' Motion for Expedited Issuance of Writ of Execution Without Notice of Exemptions (# 2). Plaintiffs seek the expedited issuance of a Writ of Execution to enforce a money judgment. Id. The Court concludes that Defendant is not a resident of North Carolina, and a hearing to determine Defendant's residency is not necessary. See id. Ex. A ¶¶ 15-16. The Court further concludes that Defendant is not entitled to an opportunity to claim exemptions under North Carolina law before a Writ of Execution may be issued.

Considering the foregoing, the Court ORDERS the following:

(1) Plaintiffs' Motion for Expedited Issuance of Writ of Execution Without Notice of Exemptions (# 2) is GRANTED; and

(2) The Clerk is respectfully DIRECTED to issue a Writ of Execution for the enforcement of Plaintiffs' Judgment.

Signed: September 5, 2018

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge