# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18MC30

| | |
|---|---|
| JOHN R. NEAL and LEA ANNE NEAL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| SJEF JANSSEN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court on the motion for pro hac vice admission (# 7) filed by Adam Peoples ("Peoples"), Local Counsel for Plaintiff. Upon review of the motion, it appears that Peoples moves for the admission of Rachel A. Washburn ("Washburn"), who seeks permission to represent Tyrone K. Neal in his capacity as the Executor of the Estate of John R. Neal. Washburn is a member in good standing with the Kentucky Bar and will be appearing with Peoples, a member in good standing with the Bar of this Court. Additionally, this Court's $281 application fee has been paid.

Considering the foregoing, the Court **GRANTS** the motion (# 7). The Court **ADMITS** Rachel A. Washburn to practice pro hac vice before the Court while associated with local counsel.

Signed: September 12, 2018

Dennis L. Howell
United States Magistrate Judge