# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 MC 30

| | |
|---|---|
| JOHN R. NEAL and LEA ANNE NEAL, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | ORDER |
| SJEF JANSSEN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the Court *sua sponte*.

This Court's Order of March 7, 2019 (Doc. 13) directed Plaintiffs to file, within ten (10) days of entry of the Order, a notice advising as to whether they request that an execution sale be conducted. Id. at 4. The Order further provided that if Plaintiffs did not file a notice within the designated period, the property at issue would be returned to Defendant. Id. Plaintiffs have not filed such a notice.

Accordingly, the U.S. Marshal's Service is respectfully **DIRECTED** to return the property levied on in this matter, to wit: a pair of Gucci sunglasses, to Defendant c/o his counsel of record.

Signed: March 25, 2019

W. Carleton Metcalf
United States Magistrate Judge